DESIGNATION AND ASSIGNMENT
OF AN ACTIVE UNITED STATES JUDGE
FOR SERVICE IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the District of Columbia Circuit has certified that there is a necessity for the designation and assignment of a judge from another circuit or another court to perform judicial duties in the United States District Court for the District of Columbia in 10cv320, 11cv683, 11cv721, 05cv1414, 05cv1276, 11cv1276, 11cv907, 07cv570, 11cv1124, 08cv767, and 07cv1986. The Chief Judge of the United States Court of Appeals for the Sixth Circuit has consented to the designation and assignment of the

**HONORABLE JAMES S. GWIN**

a Judge of the United States District Court for the Northern District of Ohio for such service.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 292(d), I do hereby designate and assign the Honorable James S. Gwin to perform judicial duties in the United States District Court for the District of Columbia for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

CHIEF JUSTICE OF THE UNITED STATES

Washington, D.C. SEP 14 2011

A True copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By _____
Chief Deputy