IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAJI ABDUL WAHID, *et al.*, ) <br> ) <br> Petitioners, ) <br> v. ) <br> ) <br> ROBERT GATES, *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 10-CV-320 (JSG) |

**NOTICE TO THE COURT**

Respondents respectfully notify this Court that on June 25, 2012, the undersigned counsel for Respondents learned from Combined Joint Interagency Task Force-435, the U.S. military unit charged with conducting detainee operations in the Combined Joint Operations Area-Afghanistan, that on or about June 3, 2012, the United States released its custody and control of the only remaining petitioner in this case, Zia-ur-Rahman, and transferred him to the custody and control of the Government of Afghanistan consistent with the two governments' Memorandum of Understanding On Transfer of U.S. Detention Facilities in Afghan Territory to Afghanistan. The undersigned immediately sought to inform Petitioner's counsel of the transfer and informed counsel of the transfer this morning, but regretfully were unable to advise the Court of the transfer before the Court issued its opinion.

Dated: June 26, 2012                                  Respectfully submitted,

                                                                        STUART F. DELERY
                                                                        Acting Assistant Attorney General

                                                                        JOHN R. TYLER
                                                                        Assistant Branch Director

      /s/   *Jean Lin*
JEAN LIN
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-3716
Attorneys for Respondents