UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-------------------------------------------------------
                                                            :
HAJI ABDUL WAHID, *et al.*,           :    CASE NO. 1:10-CV-00320
                                                            :
        Petitioners,                  :
                                                            :
vs.                                                      :    ORDER
                                                            :
ROBERT GATES, Secretary of Defense, :
 *et al.*,                                              :
                                                            :
        Respondents.                 :
                                                            :
-------------------------------------------------------

JAMES S. GWIN,[1/] UNITED STATES DISTRICT JUDGE:

      Approximately four hours after the Court issued its opinion and judgment in this matter, the Respondents notified the Court that Petitioner Zia-ur-Rahman had been transferred from U.S. government custody and control to that of the Afghan government on June 3, 2012. [Doc. 35.] Subsequently, Petitioner Zia-ur-Rahman moved to vacate that opinion and judgment and dismiss this case as moot. [Doc. 36.] The Respondents agree with the motion. Upon consideration of that consent motion, the Court **VACATES** its June 26, 2012 opinion and judgment. The case is **DISMISSED AS MOOT**.

      IT IS SO ORDERED.

Dated: June 28, 2012                              s/ *James S. Gwin*
                                                    JAMES S. GWIN
                                                    UNITED STATES DISTRICT JUDGE

---

[1/] The Honorable James S. Gwin of the United States District Court for the Northern District of Ohio, sitting by designation.